IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KELI A. PUEBLO,<br><br>      Plaintiff,<br><br>v.<br><br>(1) STATE OF OKLAHOMA, *ex rel.,*<br>  OKLAHOMA SCHOOL OF<br>  SCIENCE AND MATHEMATICS,<br><br>      Defendant. | **Case No.: 23-cv-654-J** |

## **DEFENDANT'S AMENDED NOTICE AND PETITION OF REMOVAL**

Defendant, State of Oklahoma, *ex rel.,* Oklahoma School of Science and Mathematics ("OSSM"), hereby gives amended notice of the removal of this action originally filed in the District Court of Oklahoma County, State of Oklahoma, pursuant to 28 U.S.C. §1441 *et seq.* and Fed. R. Civ. P. 81(c). Defendant does not waive, and expressly reserves all defenses including, but not limited to, Eleventh Amendment sovereign immunity defenses, except as to choice of forum. In Support of Defendant's Amended Notice and Petition of Removal, Defendant shows the Court as follows:

1. The captioned proceeding was originally filed on June 30, 2023, in the District Court of Oklahoma County, State of Oklahoma, and is styled *Keli A. Pueblo v. State of Oklahoma, ex rel., Oklahoma School of Science and Mathematics,* Case No. CJ-2023-3701.

2. That case was timely removed to this Court on July 25, 2023. Plaintiff alleges claims pursuant to gender discrimination, and retaliation in violations of Title VII of the 1964 Civil Rights Act, as Amended, 42 U.S.C. § 2000e *et seq.*, as well as, the Oklahoma Anti-Discrimination Act, 25 O.S. §1101 *et.seq.*- gender discrimination, and retaliation.

3. Accordingly, the United States District Court for the Western District of Oklahoma has original subject matter jurisdiction of this case pursuant to 28 U.S.C. §1331.

4. On July 25, 2023, the same date this case was removed to this Court, Plaintiff filed an Amended Petition in Oklahoma County. Defendant was served with the Amended Petition on July 31, 2023.

5. This amended removal is necessary due to Plaintiff's filing of the Amended Petition.

6. By this amended removal, Defendant reserves, and does not waive any rights to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of Plaintiff's Amended Petition, or any proposed amendment thereto, including allegations of entitlement to relief thereunder, including, but not limited to, the Eleventh Amendment sovereign immunity. (*See*: *Grothoff v. Nixon*, 2007 WL 2693835 (W.D. Mo.); *Dansby-Gils*

*v. Jackson State University*, 2010 WL 780531, (S.D. Miss.); and *Neiberger v. Hawkins*, 70 F.Supp. 2d 1177(D. Colo. 1999).

7. In accordance with 28 U.S.C. §1446 and LCvR81.2, a copy of the following is attached:

Exhibit 1: Oklahoma County Docket Sheet;

Exhibit 2: Petition;

Exhibit 3: Entry of Appearance – Alex Palmer for Plaintiff;

Exhibit 4: Amended Petition; and

Exhibit 5: State Court Notice of Removal.

WHEREFORE, Defendant respectfully files its Amended Notice of Removal.

Respectfully submitted,

/s/ Alejandra Brigida
**ALEJANDRA BRIGIDA, OBA#35381**
**DIXIE L. COFFEY, OBA#11876**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
Email: dixie.coffey@oag.ok.gov
alejandra.brigida@oag.ok.gov
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day August 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via email to counsel for Plaintiff who is not an ECF participant.

/s/ Alejandra Brigida_____
Alejandra Brigida