IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) KELI A. PUEBLO,

        Plaintiff,

v.

(1) STATE OF OKLAHOMA, *ex rel.,*
    OKLAHOMA SCHOOL OF
    SCIENCE AND MATHEMATICS,

        Defendant.

**Case No.:  23-cv-654-J**

## JOINT NOTICE TO THE COURT

Pursuant to the Court's Scheduling Order entered October 31, 2023, [Doc. 14], the parties jointly request the Court enter an order referring the matter to judicial settlement conference.

Respectfully submitted,

/s/ Alejandra Brigida
**ALEJANDRA BRIGIDA, OBA#35381**
**LAUREN RAY, OBA#22694**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:  405.521.3921
Facsimile:   405.521.4518
Email: alejandra.brigida@oag.ok.gov
       lauren.ray@oag.ok.gov
*Attorneys for Defendant*

– And –

*/s/ D. Alex Palmer*
*(signed with permission of counsel)*
**D. ALEX PALMER, OBA#32847**
MAZAHERI LAW FIRM
3000 W. Memorial Rd., Ste. 230
Oklahoma City, OK 73120
Telephone: 405.414.2222
Facsimile: 405.607.4538
Email: alex@mazaherilaw.com
*Attorney for Plaintiff*

~ 2 ~