# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) KELI A. PUEBLO,

    Plaintiff,

v.

(2) STATE OF OKLAHOMA, *ex rel.,*
    OKLAHOMA SCHOOL OF SCIENCE
    AND MATHEMATICS,

    Defendant.

**Case No.: 23-cv-654-J**

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned enters her appearance as counsel in this case for **Defendant: State of Oklahoma, *ex rel.,* Oklahoma School of Science and Mathematics.**

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

/s/ Lauren Ray
**LAUREN RAY, OBA#22694**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:    405.521.3921
Facsimile:    405.521.4518
Email: lauren.ray@oag.ok.gov
*Attorney for Defendant*

~ 2 ~

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF System to all counsel of record who ae registered ECF participants.

/s/ Lauren Ray
Lauren Ray