# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI A. PUEBLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-654-J |
| ) | |
| STATE OF OKLAHOMA, ex rel., ) | |
| OKLAHOMA SCHOOL OF SCIENCE ) | |
| AND MATHEMATICS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is set for a telephonic status conference on September 4, 2024 at 10:00 a.m. The parties will be contacted with instructions.

IT IS SO ORDERED this 22nd day of August, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE