# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI A. PUEBLO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-654-J |
| | ) |
| STATE OF OKLAHOMA, ex rel., | ) |
| OKLAHOMA SCHOOL OF SCIENCE | ) |
| AND MATHEMATICS, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

On August 20, 2024, a settlement conference was conducted with Plaintiff Keli A. Pueblo appearing with lead trial counsel D. Alex Palmer and counsel Katherine Mazaheri. Defendant Oklahoma School of Science and Mathematics appeared with lead trial counsel Alejandra Brigida, Assistant Attorney General and counsel Lauren Ray, Assistant Attorney General. Party representatives Tony Cornforth, President OSSM, Julie Corley AAG Risk Management and Antwuan Jackson, II, Intern at OMES w/Risk Management also appeared. OSSM Board member Dan Little also appeared. All appeared in person.

The case did not settle.

ENTERED on August 22, 2024.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE