# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI A. PUEBLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF OKLAHOMA, ex rel., )<br>OKLAHOMA SCHOOL OF SCIENCE )<br>AND MATHEMATICS, )<br>)<br>Defendant. ) | Case No. CIV-23-654-J |

**TO THE CLERK OF COURT:**

Please enter the following order in the above-entitled cause:

Pursuant to 28 U.S.C. § 455, I recuse from the above-referenced case to whom this case is assigned. The Clerk of Court is directed to return the case to the regular procedure for random selection so that a successor District Judge may be determined.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES DISTRICT JUDGE BERNARD M. JONES.

                                        Joan Kane, Clerk


                              By:   /s/ D. Wayne Lee
                                    Deputy Clerk

Date:  September 4, 2024