# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI PUEBLO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 23-cv-654-D |
| STATE OF OKLAHOMA, *ex rel.,* OKLAHOMA SCHOOL OF SCIENCE AND MATHEMATICS, | ) ) ) ) ) |
| Defendants. | |

## PLAINTIFF'S NOTICE TO TAKE DEPOSITION

TO:   Mr. Dan Little
c/o Alejandra J. Brigida, OBA#35381
Dixie L. Coffey, OBA#11876
Assistant Attorneys General
313 N.E. 21st Street
Oklahoma City, OK 73105

**PLEASE TAKE NOTICE** pursuant to Rule 30 (b)(1) of the Federal Rules of Civil Procedure, beginning at **9:30 a.m. on October 24, 2024**, at the office of Professional Reporters located at 511 Couch Drive, Suite 100, Oklahoma City, OK, 73102, Plaintiff will take the deposition of Mr. Dan Little, before a Certified Court Reporter or some other officer authorized by law to take depositions and administer oaths. Any and all of said deposition testimony may be offered into evidence at the trial of this action. You are invited to attend and cross-examine.

Dated this __25th__ day of September, 2024.

Respectfully submitted,

_/s/ D. Alex Palmer_____
D. Alex Palmer, OBA #32847
Katherine Mazaheri, OBA #21746
Mazaheri Law Firm, PLLC
3000 W. Memorial Rd., Suite 230
Oklahoma City, OK 73120
Telephone: (405) 414-2222
Facsimile: (405) 607-4358
alex@mazaherilaw.com
katherine@mazaherilaw.com
*Attorneys for Plaintiff*

# CERTFICATE OF SERVICE

I hereby certify that I have on September 25th, 2024, served a true and correct copy of the foregoing via email and/or certified mail via USPS upon the following:

Alejandra J. Brigida, OBA#35381
Dixie L. Coffey, OBA#11876
Assistant Attorneys General
313 N.E. 21st Street
Oklahoma City, OK 73105

Professional Reporters
511 Couch Drive
Suite 100
Oklahoma City OK 73102

/s/ D. Alex Palmer
D. Alex Palmer
Katherine Mazaheri