IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI A. PUEBLO, | ) |
|       Plaintiff, | ) ) |
| v. | )   Case No. CIV-23-654-D ) |
| STATE OF OKLAHOMA, ex rel., OKLAHOMA SCHOOL OF SCIENCE AND MATHEMATICS, | ) ) ) ) |
|       Defendant. | ) ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, D. Alex Palmer, of the Mazaheri Law Firm, PLLC, pursuant to LCvR 83.5, respectfully moves the Court for an order withdrawing him appearance as attorney for the Plaintiff, Keli A. Pueblo ("Plaintiff"). In support of this Motion, Counsel shows the court as follows:

1. D. Alex Palmer entered his appearance on behalf of the Plaintiff in this matter on February 12, 2024. *See Doc. No. 15*.

2. As of the date of this filing, D. Alex Palmer will no longer be an associate with Mazaheri Law Firm and will not be representing Plaintiff in this matter.

3. Katherine Mazaheri, of the Mazaheri Law Firm PLLC, entered her appearance on August 28, 2023 on behalf of Plaintiff in this matter. *See Doc. No. 7*.

4. Katherine Mazaheri will remain as counsel for the Plaintiff in this matter.

5. Plaintiff has been notified of this Motion and consents to D. Alex Palmer's withdrawal.

6. Defendant's counsel has been notified of this Motion.

7. A proposed Order granting the relief requested is submitted contemporaneously herewith.

Wherefore, D. Alex Palmer requests the Court grant his Motion to Withdraw as Counsel of Record.

/s/ D. Alex Palmer
D. Alex Palmer, OBA #32847
Katherine Mazaheri, OBA #21746
Mazaheri Law Firm, PLLC
3000 W. Memorial Rd., Suite 230
Oklahoma City, OK 73120
Telephone: (405) 414-2222
Facsimile: (405) 607-4358
alex@mazaherilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/ D. Alex Palmer
D. Alex Palmer