IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KELI A. PUEBLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-23-654-D |
| | ) | |
| STATE OF OKLAHOMA, ex rel., | ) | |
| OKLAHOMA SCHOOL OF SCIENCE | ) | |
| AND MATHEMATICS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, Katherine Mazaheri, of the Mazaheri Law Firm, PLLC, pursuant to LCvR 83.5, respectfully moves the Court for an order withdrawing her appearance as attorney for the Plaintiff, Keli A. Pueblo ("Plaintiff"). In support of this Motion, Counsel shows the court as follows:

1. Katherine Mazaheri, of the Mazaheri Law Firm PLLC, entered her appearance on August 28, 2023 on behalf of Plaintiff in this matter. (*See Doc. No. 7)*.

2. With the recent departure of an attorney from the law firm and counsel having absorbed their voluminous caseload, counsel cannot in good faith continue to provide the necessary representation deserved.

3. Plaintiff has been notified of this Motion and consents to Katherine Mazaheri's withdrawal.

4. Plaintiff should be granted thirty (30) days leave to secure counsel and has been given a list of viable contacts to assist.

5. Plaintiff should be granted a thirty (30) day extension to all necessary deadlines of

the current Order *( See Doc. No. 50)* extending the deadlines of the Second Amended Scheduling Order *(See Doc. No. 26).*

6. A proposed Order granting the relief requested is submitted contemporaneously herewith.

Wherefore, Katherine Mazaheri requests the Court grant her Motion to Withdraw as Counsel of Record.

/s/ Katherine Mazaheri
Katherine Mazaheri, OBA #21746
Mazaheri Law Firm, PLLC
3000 W. Memorial Rd., Suite 230
Oklahoma City, OK 73120
Telephone: (405) 414-2222
Facsimile: (405) 607-4358
katherine@mazaherilaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/ Katherine Mazaheri
Katherine Mazaheri