IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI A. PUEBLO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-23-654-D |
| ) | |
| STATE OF OKLAHOMA, ex rel., ) | |
| OKLAHOMA SCHOOL OF SCIENCE ) | |
| AND MATHEMATICS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MAILING PLEADINGS TO PLAINTIFF

Respectfully submitted,

*/s/ Katherine Mazaheri*
Katherine Mazaheri, OBA #21746
Mazaheri Law Firm, PLLC
3000 West Memorial Road, Suite 230
Oklahoma City, OK 73120
(405)414-2222
(405)607-4358
katherine@mazaherilaw.com
*Former Attorney for Plaintiff*



MAZAHERI
LAW FIRM

7022 2410 0001 5673 4758

Keli Pueblo
15957 Lasso Cir
MCLOUD OK 74851-5014

US POSTAGE IMI
FIRST-CLASS
FROM 73120
04/28/2025
$9.640
Stamps.com

063S0001443177

# Receipt

Print Date: May 01, 2025

**RETURN TO**

**REFERENCE**

| | |
|---|---|
| Ship Date: | Apr 28, 2025 |
| Ship from ZIP: | 73120 |
| Weight: | 0lbs. 1oz. |
| User: | Mazaheri |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Envelope |
| Delivery Status: | Printed |
| Tracking #: | 00040206208538829224748510501457 |

**SHIP TO**

Keli Pueblo
15957 Lasso Cir
Mcloud, OK 74851

**SERVICE** | **UNIT PRICE**
---|---
USPS First-Class Mail® Letter | $0.69
Insurance (Carrier Insurance ($0.00)) | $0.00
Certified Mail | $4.85
Return Receipt | $4.10
Subtotal | $9.64
Label Quantity | 1
Total Cost | $9.64