# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI A. PUEBLO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-23-654-D |
| STATE OF OKLAHOMA, ex rel., OKLAHOMA SCHOOL OF SCIENCE AND MATHEMATICS, | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Order filed contemporaneously, this action is dismissed without prejudice to refiling.

**ENTERED** this 21st day of May 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge