IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELI A. PUEBLO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-23-654-D |
| | ) |
| STATE OF OKLAHOMA, ex rel., | ) |
| OKLAHOMA SCHOOL OF SCIENCE | ) |
| AND MATHEMATICS, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MAILING ORDER DISMISSING CASE TO PLAINTIFF-KELI PUEBLO**

Respectfully submitted,

*/s/ Katherine Mazaheri*
Katherine Mazaheri, OBA #21746
Mazaheri Law Firm, PLLC
3000 West Memorial Road, Suite 230
Oklahoma City, OK 73120
(405)414-2222
(405)607-4358
katherine@mazaherilaw.com
*Former Attorney for Plaintiff*

**MAZAHERI LAW FIRM**

7022 2410 0001 5673 4888

Keli Pueblo
15957 Lasso Cir
MCLOUD OK 74851-5014

UNC

NIXIE    781    CE 1    05/15/2

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

MANUAL PROC REQD

9334310002619180    UNC
5699599999

USPS TRACKING #

9590 9402 7861 2234 9788 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

*Sender: Please print your name, address, and ZIP+4® in this box*

**MAZAHERI LAW FIRM**
3000 W MEMORIAL ROAD, SUITE 230
OKLAHOMA CITY, OK 73120

order

K. Pueblo

Attn: KRN